RECEIVED
APR - 7 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ARTHUR MOGHALU | CIVIL ACTION NO. 11-2203 |
| -vs- | JUDGE DRELL |
| NORTHWESTERN STATE UNIVERSITY, ET AL. | MAGISTRATE JUDGE KIRK |

### RULING & ORDER

Before the Court is Plaintiff's Arthur Moghalu's Motion for Summary Judgment (Doc. 95). We have considered the motion and Plaintiffs' opposition memorandum to the motion, and for the following reasons, Plaintiff's motion will be DENIED.

Motions for summary judgment must be filed no later than 30 days after the close of all discovery in a case, unless a local rule or court order provides otherwise. Fed. R. Civ. P. 56(b). The Western District of Louisiana has no local rule which provides for a different deadline, although the Court updated the scheduling order, providing for a deadline other than that in the Federal Rules. See Local Rule 56.1; (Doc. 20). The final discovery deadline in this case was February 4, 2013. (see Docs. 20, 22). The dispositive motion deadline was also set for February 4, 2013. (Doc. 20). This motion was filed on March 13, 2015, ten days before the case was set for trial. This is far too late to file a motion for summary judgment, regardless of the circumstances. Indeed, the trial, although continued, is finally set for May 26, 2015. A motion filed this late is prejudicial to the opposing party and interferes with a federal judge's wide and necessary discretion to manage litigation on his docket.

<u>See</u> Fed. R. Civ. P. 16. At this point in time, the issues Mr. Moghalu attempts to raise in his motion must be raised during the trial, not in a motion.

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 95) is hereby DENIED.

SIGNED on this 7 day of April, 2015 at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT